UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAMBERTO REAL,

    Plaintiff,

v.                                                       Case No: 2:18-cv-74-FtM-38MRM

THE CITY OF FORT MYERS and
GLORIA CAMACHO,

    Defendants.
                                             /

## **ORDER**[1]

Before the Court is *pro se* Plaintiff Mamberto Real's Notice to the Court or the Clerk (Doc. 57), which the Court construes as a motion for leave to appeal *in forma pauperis*. Real wishes to appeal the Court's order granting Defendants the City of Fort Myers and Glorida Camacho's motions to dismiss the Second Amended Complaint. (Doc. 55). And he wants to proceed *in forma pauperis* on appeal. A review of his filings reflects that he qualifies as indigent and that his appeal is in good faith. Consequently, the Court will grant him *in forma pauperis* relief.

Accordingly, it is now **ORDERED:**

(1) Plaintiff Mamberto Real's Notice to the Court or the Clerk (Doc. 57) construed as a motion for leave to appeal *in forma pauperis* is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order with the record to the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of November 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record